**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VIVIAN MCLEAN,

                      Plaintiff,

          -against-                               25 **CIVIL** 2679 (JPO)

                                                   **JUDGMENT**

LENDBUZZ FUNDING LLC, et al.,

                      Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated February 2, 2026, Lendbuzz's motion to compel arbitration is GRANTED, and Victory Mitsubishi's motion to dismiss is GRANTED. McLean's motion to strike is DENIED as moot. Judgment is entered (1) compelling arbitration of the claims against Lendbuzz, (2) dismissing the federal claims against Victory Mitsubishi with prejudice pursuant to Rule 12(b)(6), and (3) dismissing the state law claims against Victory Mitsubishi without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

       February 5, 2026

                                     **TAMMI M. HELLWIG**

                                _____

                                    **Clerk of Court**

         **BY:**                 K. mango

                                   _____

                                    **Deputy Clerk**