UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN MCLEAN,

                        Plaintiff,

        -v-

LENDBUZZ FUNDING LLC, *et al.*,

                        Defendants.

25-CV-2679 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Vivian McLean moves the Court to reconsider its order closing this case. McLean requests that the action be reopened and stayed pending arbitration with defendant Lendbuzz Funding LLC.  (ECF No. 80 at 2.)

Pursuant to the Supreme Court's directive in *Smith v. Spizzirri*, this action is properly stayed, rather than dismissed, pending arbitration.  601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.").  Accordingly, the judgment will be vacated and the case reopened as to the claims against Lendbuzz Funding.

However, the Court's prior order granted the motion to dismiss filed by Defendants Spartan Auto Group LLC and Victoria Auto Group LLC.  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, "when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b).  The Court expressly finds that there is no just reason for delay and directs entry of final judgment as to Defendants Spartan Auto Group and Victoria Auto Group.

1

The Clerk of Court is respectfully directed to:

1. reopen this case,

2. mark this action as "stayed,"

3. vacate the judgment at ECF No. 78;

4. enter an amended judgment of dismissal pursuant to Rule 54(b) as to only the claims against Defendants Spartan Auto Group LLC and Victoria Auto Group LLC and terminate those parties on the docket; and

5. terminate the motion at ECF No. 79.

SO ORDERED.

Dated: March 9, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge