**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
VIVIAN MCLEAN,

<table>
<tr><td>Plaintiff,</td><td>25 **CIVIL** 2679 (JPO)</td></tr>
<tr><td></td><td>**AMENDED JUDGMENT**</td></tr>
<tr><td>-against-</td><td>**RULE 54(b)**</td></tr>
</table>

LENDBUZZ FUNDING LLC, et al.,

Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 9, 2026, an amended judgment of dismissal is entered pursuant to Rule 54(b) as to only the claims against Defendants Spartan Auto Group LLC and Victoria Auto Group LLC; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay and judgment is hereby entered.

**Dated:**  New York, New York
          March 10, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**          *K. mango*

_____
**Deputy Clerk**